# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| **IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | : : : : : : : | **MDL Master Docket No. 3:11-MD-2244-K**<br><br>**JUDGE ED KINKEADE** |

**THIS DOCUMENT RELATES TO:**

**Cases on the Attached Schedule A**

## JOINT NOTICE OF SETTLEMENT

Counsel for the Plaintiffs in the cases on the attached Schedule A and Counsel for the Defendant DePuy Orthopaedics, Inc. hereby notify the Court that the parties have reached a settlement and request that these cases be administratively closed. Stipulations of dismissal will be filed at a later date.

| **HODES MILMAN, LLP** | **BARNES & THORNBURG LLP** |
|---|---|
| By: */s/* Jacob Brender | By: /s/ Terri L. Bruksch |
| Jacob Brender | Terri L. Bruksch |
| 9210 Irvine Center Drive | 11 South Meridian Street |
| Irvine, CA 92618 | Indianapolis, IN 46204 |
| (949) 640-8222 | (317) 231-7246 |
| jbrender@hodesmilman.com | Terri.Bruksch@btlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| Dated:  May 24, 2022 | Dated: May 24, 2022 |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2022, I electronically filed the foregoing with Clerk of the Court using CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

By: /s/ Terri L. Bruksch